**Order entered July 1, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00457-CV

**BRIGADIER OPERATING, LLC, Appellant**

**V.**

**RIO ROCA RANCH, LP, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-02203**

## ORDER

Before the Court is appellant's June 29, 2016 unopposed motion for extension of time to file appellant's reply brief. Appellant's motion is **GRANTED**. Appellant's reply brief shall be filed by August 1, 2016.

/s/    CRAIG STODDART
        JUSTICE